Submitted on remand from the Oregon Supreme Court November 21, 2019; reconsideration allowed on court's own motion, disposition of the former opinion withdrawn, reversed and remanded March 24, 2021

In the Matter of the Compensation of
Mary K. Meyers, Claimant.

Michelle RANDALL,
Personal Representative of
the Estate of Mary K. Meyers,
*Petitioner,*

*v.*

SAIF CORPORATION
and Jadent Incorporated,
*Respondents.*

Workers' Compensation Board
1303794; A160626

483 P3d 1203

On the Court of Appeals' own motion, the court reconsidered its disposition in *Randall v. SAIF*, 307 Or App 6, 476 P3d 98 (2020), *rev den*, 367 Or 559 (2021), which mistakenly affirmed the court's prior disposition rather than reversing the Workers' Compensation Board's order. The reconsidered disposition is hereby withdrawn and corrected to "Reversed and remanded." The prevailing party designation, which misidentifies respondents as the prevailing parties, is corrected to "Petitioner," and petitioner is awarded costs.

Reconsideration allowed on court's own motion; disposition of the former opinion withdrawn; reversed and remanded.

On remand from the Oregon Supreme Court, *Randall v. SAIF*, 365 Or 657, 451 P3d 610 (2019).

Julene M. Quinn filed the briefs for petitioner.

Beth Cupani filed the briefs for respondents.

Before Ortega, Presiding Judge, and Egan, Chief Judge, and Lagesen, Judge.

PER CURIAM

Reconsideration allowed on court's own motion; disposition of the former opinion withdrawn; reversed and remanded.

**PER CURIAM**

It has come to our attention that the disposition in *Randall v. SAIF*, 307 Or App 6, 476 P3d 98 (2020), mistakenly "affirmed" the court's prior disposition rather than reversing the board's order. The disposition is hereby withdrawn on our own motion and corrected to "Reversed and remanded." The prevailing party designation, which misidentifies respondents as the prevailing party, is corrected to "Petitioner," and petitioner is awarded costs.

Reconsideration allowed on court's own motion; disposition of the former opinion withdrawn; reversed and remanded.